IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2020 JAN 22  AM 11:30

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20 CR 2 |
| vs. | INDICTMENT |
| TIMOTHY A. CARUSO, | 18 U.S.C. § 2252A |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On or about December 24, 2018, in the District of Nebraska, TIMOTHY E. CARUSO, the defendant herein, having been previously convicted on or about December 29, 1999 of Sexual Exploitation of a Child in Kane County Circuit Court, in Geneva, Illinois, did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and any material that contains child pornography that has been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

A TRUE BILL.

FOREPERSON

1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

By: *Lecia E. Wright*
LECIA E. WRIGHT, #24562
Assistant U.S. Attorney