IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:20CR2 |
| vs. | ) | |
| TIMOTHY A. CARUSO, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the government's Unopposed Motion to Continue Trial [39]. Counsel for the government will be in trial the week of February 22, 2021. The defendant has no objection to the motion. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [39] is granted, as follows:

1. The jury trial, now set for February 22, 2021 is continued to **March 8, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 8, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny the government continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than February 4, 2021. The objecting party must comply with all requirements of NECrimR 59.2.

**DATED:** January 28, 2021.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**