# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | **8:20CR02** |
| vs. | ) | |
| **TIMOTHY A. CARUSO,** | ) | **ORDER** |
| **Defendant.** | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [45]. Counsel has been unable to communicate with the defendant, and therefore, has not been able to effectively prepare for trial. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [45] is granted in part and denied in part, as follows:

1. The jury trial now set for March 8, 2021, is continued to **May 24, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 24, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. The remainder of the defendant's motion is denied without prejudice.

**DATED: March 1, 2021.**

                                            **BY THE COURT:**

                                            s/ Susan M. Bazis
                                            **United States Magistrate Judge**