IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20CR2 |
| v. | ORDER |
| TIMOTHY E. CARUSO, | |
| Defendant. | |

This matter is before the Court on defendant Timothy E. Caruso's ("Caruso") pro se Motion for Status (Filing No. 160), Motion to Compel (Filing No. 161), and Motion for Order to Return Legal Transcripts (Filing No. 167).

In response to the Motion for Status, Caruso's CJA appointed attorney Dana C. Bradford, III ("Bradford") has filed a response (Filing No. 163) and has apparently provided Caruso with all of the information he sought from Bradford's files. That motion (Filing No. 160) will be denied as moot. Similarly, the Motion to Order Return of Legal Transcripts (Filing No. 167) will be denied as moot.

The Motion to Compel seeks Court intervention to aid Caruso in obtaining email communications and email account information, ostensibly for the purpose of filing post-trial motions. No post-trial motions have been filed, and this Court will not order / facilitate open-ended discovery or appoint counsel where no motion is pending. *See United States v. Ashford*, 2022 W.L. 4277792 (D. Neb. Sept 15, 2022).

For the foregoing reasons, Caruso's motions, Filing Nos. 160, 161 and 167 are denied.

2

Dated this 12th day of September 2023.

BY THE COURT:

*[signature: Robert F. Rossiter Jr.]*

Robert F. Rossiter, Jr.
Chief United States District Judge