IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY E. CARUSO,<br><br>    Defendant. | 8:20CR2<br><br>ORDER |

This matter is before the Court on defendant Timothy E. Caruso's ("Caruso") pro se "Motion for Return of Property" (Filing No. 171). For the reasons stated in this Court's previous Orders of September 12, 2023 and October 6, 2023 (Filing Nos. 168 ad 170), Caruso's motion is denied as moot.

IT IS SO ORDERED.

Dated this 3rd day of November 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge