IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20CR2 |
| vs. | ORDER |
| TIMOTHY E. CARUSO, | |
| Defendant. | |

  This matter is before the Court on the defendant's motion for a copy of his Judgement and Commitment Order and Docket Sheet (Filing No. 189), and to waive the fees associated with the costs of the copies. The Court sentenced the defendant on November 23, 2021 (Filing No. 118), and the time to file an appeal has expired. At this time, the defendant has no motions or cases pending before this court, and the defendant makes no showing as to why he needs these copies. A defendant does not have the right to receive copies of documents without payment, even if he is indigent. *See* 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980). Neither statutory authority nor this Court's practice requires the provision of free copies of court records to the defendant under these circumstances. Accordingly, the Court will deny the motion.

  **IT IS ORDERED:**

  1. That the defendant's Motion for Copies (Filing No. 189) is denied.

  2. The Clerk of the Court is directed to mail a copy of this order to the defendant at his last known address.

  3. The defendant is free to contact the Clerk's Office for the U.S. District Court to inquire as to the cost of copies in this matter. Copies will not be provided without pre-payment.

  Dated this 31st day of March, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge
